UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FARRELL ROBERT MURPHY,

                Plaintiff,

-against-

EQUIFAX INFORMATION,
MANUFACTURES & TRADERS TRUST,
ASCENSION SERVICES + 0897 XXXX,
EXPERIAN, CAPITAL RECOVERY
SYSTEMS, and DRS BONDED,

                Defendants.
------------------------------------------------------------------X

**MEMORANDUM & ORDER**

**12-CV-6409 (NGG) (VMS)**

NICHOLAS G. GARAUFIS, United States District Judge.

      On December 13, 2013, the court entered an Order granting Defendants' motions to dismiss. (Mem. & Order (Dkt. 35).) In that Order, the court granted Plaintiff leave to amend, giving him until January 30, 2014, to "file an amended complaint pleading adequate facts to state a claim and to establish the jurisdiction of this court." (Id. at 6.) To date, Plaintiff has not filed an amended complaint. Therefore, the Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: Brooklyn, New York
       February 27, 2013

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge

1